CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

OCT 2 4 2005

JOHN F. CORCORAN, CLERK
BY: H/McDonald
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

|  |  |  |
|---|---|---|
| LINEAR PRODUCTS, INC., | ) | |
| ADALIS CORPORATION, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 4:01CV00067 |
| | ) | |
| | ) | O R D E R |
| MAROTECH, INC., | ) | |
| | ) | |
| Defendant. | ) | |

Christopher C. Spencer, counsel for plaintiffs and Wyatt B. Durrette, Jr., counsel

for defendant have advised that all exhibits introduced at the trial of this case on February 21 and

22, 2002, and March 28, 2002, may be destroyed.

It is

O R D E R E D

that the clerk of this court shall destroy all the exhibits introduced at trial.

ENTER: This 24th day of October, 2005.

_____
SENIOR UNITED STATES DISTRICT JUDGE